# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

**THE UNITED STATES OF AMERICA**

vs

**JANARDHAN NELLORE**

LHK

NC

**INDICTMENT**

CR-19 0463

COUNTS ONE and TWO:   18 U.S.C. § 1028A(a)(1) – Aggravated Identity Theft

FILED

SEP 19 2019

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

*A true bill.*

_____
Foreperson

Filed in open court this 19 day of September A.D. 2019

_____
United States Magistrate Judge

Bail. $ No Warrant/Process

DAVID L. ANDERSON (CABN 149604)
United States Attorney

FILED
SEP 19 2019

CR 19 0463 HK

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> JANARDHAN NELLORE, <br><br> Defendant. | CASE NO. <br><br> VIOLATIONS: <br> 18 U.S.C. § 1028A – Aggravated Identity Theft <br> 18 U.S.C. §§ 981(a)(1)(C) and 28 U.S.C. § 2461(c) – Forfeiture Allegation <br><br> SAN JOSE VENUE |

INDICTMENT

The Grand Jury charges:

COUNT ONE:        (18 U.S.C. § 1028A(a)(1) – Aggravated Identity Theft)

On or about May 30, 2017, in the Northern District of California, the defendant,

JANARDHAN NELLORE,

did knowingly use, without lawful authority, the means of identification of another person, specifically, the identity, date of birth, Social Security number, and brokerage account information of a person known to the Grand Jury as Individual One, during and in relation to a felony violation of Title 18, United States Code, Section 1349, Attempt and Conspiracy to Commit Securities Fraud, in violation of Title 18, United States Code, Section 1028A(a)(1).

INDICTMENT

COUNT TWO:        (18 U.S.C. § 1028A(a)(1) – Aggravated Identity Theft)

On or about February 26, 2018, in the Northern District of California, the defendant,

JANARDHAN NELLORE,

did knowingly use, without lawful authority, the means of identification of another person, specifically, the identity, date of birth, Social Security number, and brokerage account information of a person known to the Grand Jury as Individual Two, during and in relation to a felony violation of Title 18, United States Code, Section 1349, Attempt and Conspiracy to Commit Securities Fraud, in violation of Title 18, United States Code, Section 1028A(a)(1).

FORFEITURE ALLEGATION:     (18 U.S.C. § 981(a)(1)(C) and 21 U.S.C. § 2461(c))

The allegations contained in Counts One and Two of this Indictment are re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 981(a)(1)(C) and 21 U.S.C. § 2461(c).

Upon conviction of the offense set forth in Counts One and Two of this Indictment, the defendant,

JANARDHAN NELLORE,

shall forfeit to the United States, pursuant to Title 18, United States Code, Section 981(a)(1)(C) and 21 U.S.C. § 2461(c), any property, real or personal, constituting or derived from proceeds the traceable to violations of Title 18, United States Code, Section 1349, including but not limited to the following:

    a. A forfeiture money judgment in an amount equal to the total proceeds obtained by the defendant from the commission of said offenses;

If any of the property described above, as a result of any act or omission of the defendant:

    a.    cannot be located upon exercise of due diligence;
    b.    has been transferred or sold to, or deposited with, a third party;
    c.    has been placed beyond the jurisdiction of the court;
    d.    has been substantially diminished in value; or
    e.    has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21,

INDICTMENT                    2

United States Code, Section 853(p), as incorporated by Title 28 United States Code Section 2461(c).

All pursuant to Title 18, United States Code, Section 981(a)(1)(C), Title 28 United States Code Section 2461(c), and Federal Rule of Criminal Procedure 32.2.

DATED: 9-19-19

A TRUE BILL.

_____
FOREPERSON

DAVID L. ANDERSON
United States Attorney

_____
PATRICK R. DELAHUNTY
DANIEL KALEBA
Assistant United States Attorney

INDICTMENT                                3

AO 257 (Rev. 6/78)

| DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT |
|---|

BY: ☐ COMPLAINT  ☐ INFORMATION  ☒ INDICTMENT  ☐ SUPERSEDING

**OFFENSE CHARGED**

COUNTS ONE and TWO:
18 U.S.C. § 1028A(a)(1) – Aggravated Identity Theft

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

PENALTY: For Each Count:
Mandatory two years imprisonment
One year supervised release
$250,000 fine
$100 special assessment fee

Name of District Court, and/or Judge/Magistrate Location
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

**DEFENDANT - U.S**
JANARDHAN NELLORE

CR 19 0463

DISTRICT COURT NUMBER

SEP 19 2019
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

**PROCEEDING**

Name of Complaintant Agency, or Person (& Title, if any)
FBI S/A Meagan Sharp

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY  ☐ DEFENSE

SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

MAGISTRATE CASE NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under
5:19-mj-70712

Name and Office of Person Furnishing Information on this form   DAVID L. ANDERSON
☒ U.S. Attorney  ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned)   AUSA Dan Kaleba

**DEFENDANT**

IS *NOT* IN CUSTODY
Has not been arrested, pending outcome this proceeding.
1) ☐ If not detained give date any prior summons was served on above charges ▶
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

IS IN CUSTODY
4) ☒ On this charge
5) ☐ On another conviction  } ☐ Federal ☐ State
6) ☐ Awaiting trial on other charges
   If answer to (6) is "Yes", show name of institution

Has detainer  ☐ Yes  } If "Yes"
been filed?    ☐ No    give date filed
DATE OF ARREST ▶  Month/Day/Year

Or... if Arresting Agency & Warrant were not
DATE TRANSFERRED ▶  Month/Day/Year
TO U.S. CUSTODY

☐ This report amends AO 257 previously submitted

**ADDITIONAL INFORMATION OR COMMENTS**

PROCESS:
☐ SUMMONS  ☒ NO PROCESS*  ☐ WARRANT    Bail Amount:

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:                         Before Judge:

Comments: