UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES

**Date:** February 22, 2022     **Time:** 30 minutes     **Judge:** RICHARD SEEBORG

**Case No.:** 19-cr-00463-RS     **Case Name:** USA v. Janardhan Nellore

1,2                                    Sivannarayana Barama

**Attorney for Government:** Garth Hire, Kathryn Lloyd-Lovett
**Attorney for Defendant (Nellore):** Barry Morris
**Attorney for Defendant (Barama):** Naomi S. Chung
**Defendants (Nellore, Barama):** [X] Present   [ ] Not Present
**Defendants Custodial Status (Nellore, Barama):** [ ] In Custody   [X] Not in Custody

**Deputy Clerk:** Corinne Lew                    **Court Reporter:** Marla Knox
**Interpreter:** n/a                             **Probation Officer:** n/a

## PROCEEDINGS

Status Hearing Held – via Zoom.

## SUMMARY

Court proceedings held by zoom.  General Order 74 authorizes the Court to proceed by way of video conference.

**Janardhan Nellore:**
Case continued to **November 15, 2022 at 9:30 am** for Sentencing before Judge Richard Seeborg in courtroom #3, 17th Floor.

The matter referred to the U.S. Probation Office for preparation of a presentence report.

**Sivannarayana Barama:**
Case continued to **October 17, 2022 at 9:00 am** for Jury Selection/Trial before Judge Richard Seeborg in courtroom #3, 17th Floor.

**EXCLUDABLE DELAY:**
Category: Effective Preparation of Counsel
Begins: 2/22/2022
Ends: 10/17/2022

Government to prepare an exclusion order.