STEPHANIE M. HINDS (CABN 154284)
United States Attorney

THOMAS A. COLTHURST (CABN 99493)
Chief, Criminal Division

LLOYD FARNHAM (CABN 202231)
GARTH HIRE (CABN 187330)
Assistant United States Attorneys

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6559
    FAX: (415) 436-7234
    Lloyd.Farnham@usdoj.gov
    Garth.Hire@usdoj.gov

Attorneys for United States of America

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 19-00463 RS-1 |
| Plaintiff, | STIPULATION AND ORDER CONTINUING SENTENCING HEARING |
| v. | |
| JANARDHAN NELLORE, | |
| Defendant. | |

      Plaintiff United States of America, by and through its counsel of record, the United States Attorney for the Northern District of California and Assistant United States Attorneys Lloyd Farnham and Garth Hire, and defendant Janardhan Nellore (defendant), by and through his counsel of record Barry Morris, hereby stipulate to continue the sentencing presently scheduled for November 15, 2022, to January 24, 2023.  The government anticipates that defendant Nellore will testify at the upcoming trial of his co-defendant, Sivannarayana Barama, which is currently scheduled for December 6, 2022.

The parties therefore request that the sentencing hearing for defendant Nellore be continued until January 24, 2023, by which time the parties anticipate that Barama's trial will be completed.

IT IS SO STIPULATED.

Dated: October 13, 2022

STEPHANIE M. HINDS
United States Attorney

　　/S/   *Garth Hire*
LLOYD FARNHAM
GARTH HIRE
Assistant United States Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA

Dated: October 13, 2022

　　/S/
BARRY MORRIS

Attorney for Defendant
JANARDHAN NELLORE

**ORDER**

Based on the stipulation of the parties and for good cause shown, the Court continues the sentencing hearing for defendant Nellore from November 15, 2022, to 9:30 a.m. on January 24, 2023.

IT IS SO ORDERED.

October 13, 2022
DATE

HONORABLE RICHARD SEEBORG
CHIEF UNITED STATES DISTRICT JUDGE